**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1556**

STEVEN A. GOYNES,

                   Plaintiff - Appellant,

          v.

JOEL CAVAZOS, Police Officer (in his individual and official
capacity); TIMOTHY SANTOS, Police Officer (in his individual
and official capacity); THE CITY OF NORFOLK,

                   Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Arenda L. Wright Allen,
District Judge.  (2:13-cv-00542-AWA-LRL)


Submitted:  October 16, 2014      Decided:  October 20, 2014


Before MOTZ, WYNN, and THACKER, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Steven A. Goynes, Appellant Pro Se.   Melvin Wayne Ringer, CITY
ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven A. Goynes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Goynes v. Cavazos, No. 2:13-cv-00542-AWA-LRL (E.D. Va. May 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED